# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**WILEY ZACHARY CARROLL**             **PETITIONER**

**v.**             **No. 3:22CV73-MPM-RP**

**STATE OF MISSISSIPPI**             **RESPONDENT**

**Consolidated With**

**WILEY ZACHARY CARROLL**             **PETITIONER**

**v.**             **No. 3:22CV149-MPM-RP**

**BURL CAIN, Commissioner**             **RESPONDENT**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, and, in the alternative, without prejudice for failure to exhaust state remedies.

**SO ORDERED**, this, the 21st day of February, 2023.

/s/ Michael P. Mills
SENIOR U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI