### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**WILEY ZACHARY CARROLL**                                   **PETITIONER**

**v.**                                   **No. 3:22CV73-MPM-RP**

**STATE OF MISSISSIPPI**                                   **RESPONDENT**

**Consolidated With**

**WILEY ZACHARY CARROLL**                                   **PETITIONER**

**v.**                                   **No. 3:22CV149-MPM-RP**

**BURL CAIN, Commissioner**                                   **RESPONDENT**

### CERTIFICATE OF APPEALABILITY

The court has entered a final judgment in a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court under 28 U.S.C. § 2254 or § 2241, or the final order in a proceeding under 28 U.S.C. § 2255, and the court, considering the record in the case and the requirements of Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), finds that **a certificate of appealability should not issue.**

For the reasons stated in its opinion, the court finds that the Petitioner has failed to "demonstrate that the issues are debatable among jurists of reason; that a court could resolve issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4, 103 S.Ct. 3383, 3394 n.4, 77 L.Ed.2d 1090 (1993) (superseded by statute) (citations and quotations omitted); 28 U.S.C. § 2253(c) (1) and (2). Specifically, the court finds, for the reasons set forth in its memorandum opinion and final judgment, that the instant petition for a writ of habeas corpus should be dismissed with prejudice for failure to

- 2 -

state a claim upon which relief could be granted, and, in the alternative, for failure to exhaust state

remedies .

       **SO ORDERED**, this, the 21st day of February, 2023.

/s/ Michael P. Mills
SENIOR U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI
